IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 1:19-CR-00228 |
| | : | |
| v. | : | |
| | : | |
| **VICTOR NATHANIEL JOCKTANE** | : | |
| and **NATHANIEL PEREZ** | : | Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, this 19th day of January, 2022, upon consideration of Defendants' motions to suppress (Docs. 52, 54) and the magistrate judge's report and recommendation (Doc. 108) and Defendants' objections thereto (Docs. 133, 134), **IT IS HEREBY ORDERED** that:

1. The court adopts in part and rejects in part the report and recommendation of Magistrate Judge Carlson (Doc. 108).

2. Defendant Jocktane's motion to suppress (Doc. 52) is **DENIED**.

3. Defendant Perez's motion to suppress (Doc. 54) is **GRANTED** with respect to his statements while being handcuffed (*See* Doc. 108 at 5, 9), and is **DENIED** in all other respects.

*s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge